Opinion issued November 29, 2007










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00105-CV






RICHARD DALE POULLARD, Appellant


V.


TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellee






On Appeal from the 334th District Court

Harris County, Texas

Trial Court Cause No. 2006-69693






MEMORANDUM OPINION Appellant Richard Dale Poullard has failed to timely file a brief. See Tex. R.
App. P. 38.8(a) (failure of appellant to file brief). After being notified that this appeal
was subject to dismissal, appellant did not adequately respond. See Tex. R. App. P.
42.3(b) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Bland.